# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Brett Bodie | Atty Name (if applicable): | Brett Bodie |
| Street Address: | 16133 Ventura Blvd Ste 700 Encino, CA 91436 | CA Bar No. (if applicable): | 264452 |
| Filer's Telephone No.: | 800-718-9688 | Atty Fax No. (if applicable): | 866-444-7026 |
| In re: Julie Kim Robinson | | Case No. 1:14-bk-11381 Chapter 7 | |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☐    C ☐    D ☐    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐            Statement of Financial Affairs ☐

Statement of Intention ☐                               Other ☒ Additional creditors included with balance of schedules. Amended Creditor Matrix

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Julie Kim Robinson, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: March 24, 2014                                **FOR COURT USE ONLY**

/s/ Julie Kim Robinson
Julie Kim Robinson
*Debtor Signature*


*Co-Debtor Signature*
                               ***SEE REVERSE SIDE***

B-1008 *Revised November 2011*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed below:

```
[ADDED] Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126

[ADDED] Global City Group, Inc.
dba MoneyNow321
50 Central Ave Ste. 950
Sarasota, FL 34236

[ADDED] Gunthie Renker
3340 Ocean Park Blvd
Santa Monica, CA 90405

[ADDED] Sokagon Finance
DBA Red Pine Lending
3051 Sand Lake Rd
Crandon, WI 54520

[ADDED] Toyota Financial Services
c/o CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90017
```

DATED: March 24, 2014

Brett Bodie
Print or Type Name

/s/ Brett Bodie
*Signature*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>264452<br>☐ *Attorney for Debtor(s):* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Julie Kim Robinson<br>                                                      Debtor(s). | CASE NO.: 1:14-bk-11381<br>CHAPTER: 7<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: 03/27/2014
☐ Other: _____ — Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_[signature]_                                                                 03/24/2014
*Signature of Signing Party*                                          Date
Julie Kim Robinson
*Printed Name of Signing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_[signature]_                                                                  03/24/2014
*Signature of Attorney for Signing Party*                   Date
Brett Bodie 264452
*Printed Name of Attorney for Signing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*