FILED

NOV - 3 2014

CENTRAL DISTRICT OF CALIF.
BY

1  Scott N. Orona (129594)
   Ahren A. Tiller (250608)
2  Brett F. Bodie (264452)
   Bankruptcy Law Center, APC
3  16133 Ventura Blvd., Ste 700
   Encino, CA 91436
4  Ph:(800) 492-4033
   Attorneys for Debtor
5  JULIE KIM ROBINSON

6

7              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
8              SAN FERNANDO VALLEY DIVISION

9

10 JULIE KIM ROBINSON                    )  CASE NO.: 1:14-bk-11381-AA
                                         )
11         Debtor / Movant,              )  STIPULATION FOR CONTINUANCE
                                         )  AND REQUEST FOR ORDER
12 vs.                                   )
                                         )
13 GLOBAL CITY GROUP, LLC, dba           )  Hearing Info
   "MoneyNow 321"                        )  Date: November 12, 2014
14                                       )  Time: 10:30 AM
           Respondent,                   )  Location: 21041 Burbank Blvd Woodland
15                                       )  Hills, CA 91367
                                         )  Ctrm: 303
16                                       )  Judge: Hon. Alan M. Ahart
                                         )
17                                       )
                                         )
18 _____   )

19     **TO ALL INTERESTED PARTIES,** Please take notice that the parties stipulate and agree

20 as follows:

21    1.  As to all matters alleged in docket #26 Motion For Sanctions for Violation of the Discharge

22        Injunction filed by Debtor Julie Kim Robinson, the parties have reached a tentative

23        settlement agreement.

24    2.  The parties believe that a formal settlement can be filed for approval by this Court no later

25        than November 12, 2014.

26    3.  A settlement of this matter is advantageous to all parties and saves Court resources.

27

28

FOR THE FOREGOING REASONS, THE PARTIES REQUEST:

1. That this Court enter an order continuing the hearing currently set for November 12, 2014 at 10:30 AM at 21041 Burbank Blvd Ctrm 303 Woodland Hills, CA 91367 to November 26, 2014 at 10:30 AM at 21041 Burbank Blvd Ctrm 303 Woodland Hills, CA 91367.

Dated: October 21, 2014

_____

MoneyNow321 Authorized
Representative

/s/ Brett F. Bodie
Brett F. Bodie
Bankruptcy Law Center, APC
Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1230 Columbia St. Ste 1100
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): <u>Stipulation for Continuance and Request For Order</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
<u>October 30, 2014</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

(x) Amy L. Goldman – gabriela.garcia@lewisbrisbois.com
(x) US Trustee - ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>October 30, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.
(x)       Global City Group, LLC (via US Mail)
          dba "MoneyNow321.com"
          Attn: David Saslow
          50 Central Ave., Ste 950
          Sarasota, FL 34236

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>October 30, 2014</u>, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

(x) Hon. Alan M. Ahart (Judge's Copy –                    (x) Craig Rubino – via email to craigrubino@outlook.com
(via overnight mail on 10/31/2014)
21041 Burbank Blvd
Ste 342/Ctrm 303
Woodland Hills, CA 91367

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/30/2014 | Nicole Dominguez | /s/ Nicole Dominguez |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.